UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IAN D. HUGHES,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant.<br>_____ | Case No.: C 06-3747 PVT<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE** |

After the close of business on September 14, 2006, Defendant filed a request to appear by phone at the Case Management Conference set for September 19, 2006.[1]  Based on the request and the file herein,

IT IS HEREBY ORDERED that Defendant's request is DENIED.  Pursuant to Civil Local Rule 16-10, requests to appear by telephone at a case management conference must be filed and served at least 5 *court* days before the conference.  *See* CIVIL LR 1-5(c) & 16-10, and FED. R. CIV. PRO. 6(a) (when time prescribed is less than 11 days, weekends are excluded from the calculation).  Moreover, Defendant fails to explain any reason for the request to appear by phone.

Dated: *9/18/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]     The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*