UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IAN D. HUGHES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: C 06-3747 PVT<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT** |

This action was filed on June 13, 2006.[1] On August 4, 2006 the parties filed a stipulation extending to September 12, 2006 the deadline for Defendant to file an answer to the complaint. It has come to the court's attention that Defendant never filed an answer. Thus, based on the file herein,

IT IS HEREBY ORDERED that no later than December 15, 2006, Defendant shall file a brief and supporting declaration(s) showing cause why Defendant should not be entered against Defendant. However, if by December 8, 2006 Defendant cure its error by filing an answer *nunc pro tunc* that complies with Rules 8, then this order will be dissolved by the court.

Dated: *11/20/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*