UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IAN D. HUGHES,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No.: C 06-3747 PVT<br><br>**FURTHER ORDER REGARDING ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT** |

This action was filed on June 13, 2006.[1] On November 20, 2006, because Defendant never filed an answer, the court issued an Order to Show Cause Why Defendant Should Not Be Entered Against Defendant ("Order to Show Cause"). On November 27, 2006 the parties filed a stipulation purporting to extend the time for Defendant to answer to February 23, 2007, over a month *after* the date set for the trial of this matter. Thus, based on the file herein,

IT IS HEREBY ORDERED that the parties' stipulation is null and void. This court's Civil Local Rule 6-1(a) only allows parties to stipulate to extend the time to respond to a complaint when the extension of time will not alter the date of any event already set by the court. Here, the September 20, 2006 Case Management Conference Order set the date for the trial of this matter for

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

January 8, 2007. The stipulation purporting to extend to February 23, 2007 the deadline for answering the complaint would alter that court-set date, and is thus not authorized by Civil Local Rule 6-1(a).

IT IS FURTHER ORDERED that the deadlines set in the Order to Show Cause remain in effect. The court is not opposed to extending the time for Defendant to answer the complaint. However, any request for such a continuance, whether joint or separate, must explain why Defendant failed to file its answer by the previously extended deadline of September 12, 2006,[2] and must either leave intact the trial dates, or else show good cause for moving the trial dates. *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992) ("The scheduling order 'control[s] the subsequent course of the action' unless modified by the court. Fed.R.Civ.P. 16(e). Orders entered before the final pretrial conference may be modified upon a showing of 'good cause,' Fed.R.Civ.P. 16(b)... .")

Dated: *11/29/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] Without such an explanation, any request to extend the deadline to answer the complaint will not be considered a response to the court's order to show cause.

ORDER, *page 2*