UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IAN D. HUGHES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 06-3747 PVT <br><br> **INTERIM ORDER REGARDING STIPULATED REQUEST FOR ORDER OF DISMISSAL** |

On November 29, 2006, the parties filed a stipulated request for order of dismissal, which includes, without citation to any legal authority, a provision for either party to move to reopen the case if the parties' settlement is not finalized within 90 days.[1]  Having reviewed the stipulation submitted by the parties, the court finds it appropriate to issue this interim order.  Based on the stipulation and the file herein,

   IT IS HEREBY ORDERED that, no later than December 15, 2006, Defendant shall file a supplemental brief setting forth the legal authority for a court to provide for a dismissed case to be reopened absent a showing of extraordinary circumstances.  *See* FED.R.CIV.PRO. 60(b).  The court

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

will review the stipulated request and Defendant's supplemental brief after it receives, and makes a determination based on, Defendant's response to the pending order to show cause why default should not be entered against Defendant.

Dated: *11/30/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*