UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IAN D. HUGHES,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: C 06-3747 PVT<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE, VACATING TRIAL DATES AND SETTING MATTER ON COURT'S DISMISSAL CALENDAR FOR MARCH 13, 2007** |

On November 20, 2006, this court issued an order to show cause why default should not be entered against Defendant.[1] After filing two non-responsive, procedurally defective stipulations, Defendant has now filed an appropriate response to the OSC. Therefore,

IT IS HEREBY ORDERED that the order to show cause is DISSOLVED. While it appears the deadline for Defendant to answer expired before the parties settled,[2] the court will accept Defendant's representation that Plaintiff had agreed not to request entry of default as part of the settlement negotiations. Although the better practice under those circumstances would have been to

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Pursuant to the parties' stipulated extension of time, the answer was due on or before September 12, 2006. As of the September 19, 2006 Case Management Conference, although they informed the court that the Defendant was considering a settlement proposal, the parties had not yet agreed to a settlement.

ORDER, *page 1*

request a continuance of both the deadline for answering and the Case Management Conference, the court will deem it good cause to avoid entry of default for the time being.[3]

IT IS FURTHER ORDERED that the trial dates are VACATED, and the case is set on the court's dismissal calendar at 2:00 p.m. on March 13, 2007. No later than March 6, 2007, the parties shall file either an unconditional stipulated dismissal (in which case the action will be dismissed and the parties need not appear for the dismissal calendar), or else a statement setting forth the status of the case.

Dated: *12/4/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3] The court expresses no opinion with regard to whether the circumstances will constitute good cause to deny a request for entry of default in the event Defendant fails to consummate the settlement the parties have now reached.

ORDER, *page 2*