```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (CSBN 95024)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6888
     Fax:        (415) 436-6748
7
   Attorneys for the United States of America
8
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **IAN D. HUGHES,** | ) |
|     **Plaintiff,** | ) No. C-06-03747-PVT |
|     v. | ) |
| **UNITED STATES OF AMERICA,** | ) **STIPULATION AND ORDER** |
|     **Defendant.** | ) **OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby agreed and stipulated by the parties, through their respective counsel of record, that this action be dismissed with prejudice, each party to bear its own costs.

                                                SCOTT N. SCHOOLS
                                                United States Attorney

Dated: June 18, 2007                        /s/ David L. Denier
                                                DAVID L. DENIER
                                                Assistant United States Attorney
                                                Tax Division
                                                Attorneys for Defendant

Dated: June 18, 2007                        /s/ Jonathan M. Kaplan
                                                JONATHAN M. KAPLAN
                                                Attorney for Plaintiff

ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby orders that this action be and hereby is dismissed with prejudice.

ORDERED this  18th  day of  June , 2007 at San Jose, California.

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge